

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2019

No. 04-19-00022-CV

**IN RE** Cynthia Cadwallader **OCHSE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

On January 11, 2019, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and real parties in interest may file a response to the petition for writ of mandamus in this court **no later than April 29, 2019**. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator is also ORDERED to file the documents listed in the privilege log on a thumb drive or in another suitable electronic format **no later than April 29, 2019**. Once filed, the documents will be placed under seal.

It is so **ORDERED** on April 17, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-05727, styled *William W. Ochse, IV, et al. v. William W. Ochse, III, Individually and as Trustee of the William W. Ochse, III Family 2008 Trust*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.